

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-68,832-02

**RAY JASPER, Applicant**

### ORDER PURSUANT TO TEXAS RULE OF
### APPELLATE PROCEDURE 9.10

**Per curiam.**

## <u>ORDER</u>

This cause is before this Court on application for writ of habeas corpus from trial court case number 1999CR2645A in the 187th District Court of Bexar County.

The Clerk of this Court has discovered sensitive data in the record, namely: juror questionnaire. TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to

redact or seal the documents pursuant to this order:

1.    Clerk's Record - juror questionnaire - no trial court order pursuant to CCP Art. 35.29 (b)

Filed: April 8, 2015

Do not publish